UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| BRANDI DAVIS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, HONEYWELL INTERNATIONAL, INC., DISABILITY PLAN FOR EMPLOYEES OF HONEYWELL INTERNATIONAL, INC.,<br><br>　　　　　　Defendants. | 2:10-cv-00439-JWS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Having considered the parties' stipulation, and for good cause appearing;

**IT IS ORDERED** that the above-captioned case is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

DATED this 24th day of March 2011.

　　　　　　　　　　　　　　　　/s/ JOHN W. SEDWICK
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE